1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   VINCENT J. SAUCEDO,                    1:03-cv-05183-AWI-DLB-P

11                Plaintiff,          **ORDER ADOPTING FINDINGS AND
                                       RECOMMENDATION** (Doc. 24)
12   vs.
                                      **ORDER DISMISSING ACTION**
13   EDWARD ALAMEIDA, et al.,

14                Defendants.
                                    /
15

16        Plaintiff, Vincent J. Saucedo ("plaintiff"), is/was a state

17   prisoner proceeding pro se and in forma pauperis in this civil

18   rights action pursuant to 42 U.S.C. § 1983.  The matter was

19   referred to a United States Magistrate Judge pursuant to 28

20   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

21        On July 28, 2006, the Magistrate Judge filed Findings and

22   Recommendation herein which were served on plaintiff and which

23   contained notice to plaintiff that any objections to the Findings

24   and Recommendation were to be filed within eleven (11) days.  To

25   date, plaintiff has not filed objections thereto.[1]

26   _____

27        [1] The United States Postal Service returned the order served on plaintiff on August 25, 2006, as
     undeliverable.  A notation on the envelope indicated: Return to Sender - Refused Unable to Forward.  However,
28   plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address
     is fully effective.  See Local Rule 83-182(f).

                                    1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendation to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendation, filed July 28, 2006,

8  are ADOPTED in full; and,

9    2.   This action is DISMISSED for plaintiff's failure to

10  prosecute.

11

12  IT IS SO ORDERED.

13  **Dated:   September 16, 2006**              **/s/ Anthony W. Ishii**
     0m8i78                         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2